UNITED STATES of America,
Plaintiff–Appellee

v.

Joe Thomas TUCKER, Defendant–
Appellant.

No. 08–41312
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Traci Lynne Kenner, Assistant U.S. Attorney, Mary Ann Cozby, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

George Patrick Black, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Joe Thomas Tucker raises arguments that are foreclosed by *United States v. Doublin*, 572 F.3d 235, 236–39 (5th Cir. 2009), *petition for cert. filed* (Sept. 21, 2009) (No. 09–6657), which rejected the argument that *United States v. Booker*,

543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) applies in 18 U.S.C. § 3582(c)(2) proceedings and held that a district court may not reduce a sentence below the minimum provided in the amended Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be